AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>ANDERSON, III, ROBERT L. | 2. Court or Organization<br><br>11TH CIR. COURT OF APPEALS | 3. Date of Report<br><br>4/30/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. CIRCUIT JUDGE (senior) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>56 Forsyth Street, N.W.<br>Atlanta, GA 30303 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | FELLOW | AMERICAN BAR FOUNDATION |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 11/7/07 | R. Lanier Anderson, III/Chas. Schwab & Co. Cust/ IRA rollover |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank - checking account | A | Interest | J | T | | | | | |
| 2. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 3. Euro Pacific Growth Fund (IRA) | A | Dividend | K | T | | | | | |
| 4. Sturges Mfg., Utica, NY (common) | A | Dividend | K | W | | | | | |
| 5. Exxon (common) | A | Dividend | K | T | | | | | |
| 6. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 7. MFS Managed Multi-St. Tax Exempt (GA) mutual fund | A | Dividend | | | Sold | 01/24/11 | K | A | |
| 8. MFS Managed Mu. Bd. Trust (mutual fund) | A | Dividend | | | Sold | 01/24/11 | L | A | |
| 9. TIAA-CREF | C | Dividend | L | T | | | | | |
| 10. House and lot, Bibb County, GA | D | Rent | M | W | | | | | |
| 11. SunTrust Bank (common) | A | Dividend | K | T | | | | | |
| 12. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 13. I shares Russell 2000 Value | A | Dividend | K | T | | | | | |
| 14. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |
| 15. I shares Russell 1000 Index | A | Dividend | J | T | | | | | |
| 16. I shares Russell 2000 Value | A | Dividend | J | T | | | | | |
| 17. I shares Russell 2000 Index | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 19. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 20. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 21. I shares Russell 1000 Index (IRA) | A | Dividend | J | T | | | | | |
| 22. I shares Russell 2000 Value (IRA) | A | Dividend | K | T | | | | | |
| 23. I shares Russell 2000 Index (IRA) | A | Dividend | J | T | | | | | |
| 24. Genworth Life Ins. Co (whole life) | D | Dividend | M | T | | | | | |
| 25. SunTrust Bank - money market | A | Interest | L | T | | | | | |
| 26. ___ /Chas Schwab Cust-IRA rollover | | | | | | | | | See Part VIII |
| 27. DFA Two Year Global | A | Dividend | | | Sold | 07/7/11 | K | A | |
| 28. Schwab S&P Index Fund | A | Dividend | | | Sold | 05/24/11 | K | A | |
| 29. Sch. Muni Mondy Fund | A | Interest | | | Sold | 09/8/11 | L | A | |
| 30. Schwab US Treas. Money Fund | A | Interest | J | T | Buy | 09/8/11 | L | | |
| 31. PIMCO Commodity REal Fund | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 32. Vanguard Bond Index Fund (BSV) | A | Dividend | K | T | Sold (part) | 07/7/11 | K | A | |
| 33. IShares Tr. MSCI EAFE Fund (EFA) | A | Dividend | | | Sold | 05/22/11 | K | A | |
| 34. Powersha QQQTr. Ser. 1 (QQQ) | A | Dividend | | | Sold | 05/23/11 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Powersha QQQ Tr Ser. 1 (QQQ) | | None | | | Buy | 10/24/11 | K | | |
| 36. Powersha QQQ Tr Ser. 1 (QQQ) | | None | | | Sold | 11/24/11 | K | A | |
| 37. Vanguard Small Cap (VB) | A | Dividend | | | Sold | 05/22/11 | K | A | |
| 38. Goldman Sachs Strategic & Inc Fund (GSZIX) | A | Dividend | | | Sold | 08/17/11 | J | A | |
| 39. PIMCO Unconstrained Bond Fund | A | Dividend | | | Sold | 12/14/11 | J | A | |
| 40. SPDR Gold Tr. (GLD) | A | Dividend | J | T | | | | | |
| 41. IShares TR Barclays Tips (TIP) | A | Dividend | | | Sold | 01/27/11 | J | A | |
| 42. IShares Barclays Bonder Barclays Fund (CSJ | A | Dividend | | | Buy | 02/25/11 | J | | |
| 43. IShares Barclays Bonder Barclays Fund (CSJ | A | Dividend | | | Sold | 07/7/11 | J | A | |
| 44. FPA New Income CLA | A | Dividend | M | T | Buy | 01/31/11 | K | | |
| 45. FPA New Income CLA | A | Dividend | | | Buy | 12/21/11 | L | | |
| 46. Schwab GNMA Fund (SWGSX) | A | Dividend | L | T | Buy | 06/28/11 | L | | |
| 47. Vanguard Emerging Market (ETF) | A | Dividend | | | Buy | 04/1/11 | J | | |
| 48. Vanguard Emerging Market (ETF) | A | Dividend | | | Sold | 05/23/11 | J | | |
| 49. PIMCO Floating Income FD Instl CL (PFIIX) | A | Dividend | | | Buy | 05/26/11 | L | | |
| 50. PIMCO Floating Income FD Instl CL (PFIIX) | A | Dividend | | | Sold | 06/24/11 | L | | |
| 51. PIMMCO Incm Instl CL (PIMIX) | A | Dividend | | | Buy | 05/26/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. PIMCO Incm Instl CL (PIMIX) | A | Dividend | | | Sold<br>(part) | 07/7/11 | J | A | |
| 53. PIMCO Incm Instl CL (PIMIX) | A | Dividend | | | Sold | 12/14/11 | J | A | |
| 54. Vanguard REIT (VNQ) | A | Dividend | | | Buy | 07/20/11 | K | | |
| 55. Vanguard REIT (VNQ) | A | Dividend | | | Sold | 08/8/11 | K | A | |
| 56. SPDR S&P 500 ETF (SPY) | A | Dividend | | | Buy | 10/27/11 | K | | |
| 57. SPDR S&P 500 ETF (SPY) | A | Dividend | | | Sold | 11/23/11 | K | A | |
| 58. Vanguard Value (VTV) | A | Dividend | | | Buy | 10/27/11 | J | | |
| 59. Vanguard Value (VTV) | A | Dividend | | | Sold | 11/25/11 | K | D | |
| 60. ░░ SCHWAB ░░ ACCOUNT | | | | | | | | | See Park VIII |
| 61. Sch Muni Money Fund (SWXXX) | A | Interest | | | Sold | 09/8/11 | L | A | |
| 62. Schwab US Treas Money Fund | A | Interest | J | T | Buy | 09/8/11 | L | | |
| 63. IShares DJ Select Div. Fund (DVY) | A | Dividend | | | Sold | 06/8/11 | K | A | |
| 64. IShares DJ Select Div Fund (DVY) | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 65. IShares TR Barclays Bond (CCJ) | A | Dividend | | | Buy | 02/25/11 | J | | |
| 66. IShares TR Barclays Bond (CCJ) | A | Dividend | | | Sold | 07/7/11 | J | A | |
| 67. Powershs QQQ-TR Ser. 1 (QQQ) | A | Dividend | | | Sold | 05/23/11 | K | A | |
| 68. Powershs QQQ TR Ser. 1 (QQQ) | A | Dividend | | | Buy | 07/20/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Powershs QQQ TR Ser. 1 (QQQ) | A | Dividend | | | Sold | 08/3/11 | K | A | |
| 70. Vanguard Small Cap Value (VBR) | A | Dividend | | | Sold | 05/23/11 | K | A | |
| 71. Vanguard Value | A | Dividend | | | Sold | 05/23/11 | K | A | |
| 72. PIMCO Inc. Inst. CL (PIMIX) | A | Dividend | | | Buy | 05/26/11 | L | | |
| 73. PIMCO Inc. Inst. CL (PIMIX) | A | Dividend | | | Sold | 07/7/11 | L | A | |
| 74. Vanguard Emerging Mkt. ETF (VWO) | A | Dividend | | | Buy | 04/1/11 | J | | |
| 75. Vanguard Emerging Mkt. ETF (VWO) | A | Dividend | | | Sold | 05/23/11 | J | A | |
| 76. IShares TR S&P 500 Index (IVV) | A | Dividend | | | Buy | 07/20/11 | K | | |
| 77. IShares TR S&P 500 Index (IVV) | A | Dividend | | | Sold | 8/3/11 | K | A | |
| 78. Vanguard Div. App. (VIG) | A | Dividend | | | Buy | 07/22/11 | J | | |
| 79. Vanguard Div. App. (VIG) | A | Dividend | | | Sold | 08/2/11 | J | A | |
| 80. Vanguard Div. App. (VIG) | A | Dividend | K | T | Buy | 10/27/11 | K | | |
| 81. Schwab GNMA Fund (SWGSX) | A | Dividend | J | T | Buy | 06/14/11 | K | | |
| 82. Schwab GNMA Fund (SWGSX) | A | Dividend | | | Sold (part) | 12/21/11 | K | A | |
| 83. Vanguard Bond Index Fund Sht. Term Bond ETF (BSV) | A | Dividend | L | T | Buy | 12/21/11 | L | | |
| 84. Vanguard Appreication | A | Dividend | L | T | Buy | 2/2/11 | K | | |
| 85. PIMCO Funds Unconstrained Bond Fund Class A | A | Dividend | K | T | Buy | 02/2/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |
| 100. | | | | | | | | | |
| 101. | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. | | | | | | | | | |
| 106. | | | | | | | | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
   (See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| ANDERSON, III, ROBERT L. | 4/30/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Line 26, is simply a heading to disclose that the following liness (lines 27 through 59) describe holdings or transactiosn in ▮▮ Schwab IRA Rollover during 2011.

Part VII. line 60 is simply a heading to disclose that the following lines (lines 61 through 83) describe holdings or transations in the ▮▮ Schwab ▮▮▮ account during 2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROBERT L. ANDERSON, III**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544